UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 JUL 14 PM 12: 48

CLERK

BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. |
| | ) | |
| BRIAN FOLKS, aka "Moe," aka "Moet Hart," | ) | 5:16-cr-94 |
| ████████████ and | ) | |
| MANDY LATULIPPE, | ) | |
| Defendants. | ) | |

2016 JUL 20  AM 10: 08
U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
BY _____
DEPUTY CLERK
CLERK

INDICTMENT

Count 1

The Grand Jury charges that:

From in or about May of 2015, until on or about March of 2016, in the District of

Vermont and elsewhere, the defendants, BRIAN FOLKS, aka "Moe," aka "Moet Hart,"

████████████████████MANDY LATULIPPE, and others, known and unknown to

the Grand Jury, knowingly and willfully conspired to distribute heroin, a Schedule I controlled

substance, and cocaine and cocaine base, Schedule II controlled substances.

With respect to defendants BRIAN FOLKS, aka "Moe," aka "Moet Hart," and ████████

████████████████their conduct as a members of the conspiracy, including the reasonably

foreseeable conduct of other members of the conspiracy, involved 28 grams or more of a mixture

and substance containing a detectable amount of cocaine base and 100 grams or more of a

mixture and substance containing a detectable amount of heroin.

(21 U.S.C. §§ 841(a), 841(b)(1)(B), 846)

1

<u>Count 2</u>

The Grand Jury further charges that:

On or about January 6, 2016, in the District of Vermont, the defendants, BRIAN FOLKS, aka "Moe," aka "Moet Hart" and MANDY LATULIPPE, knowingly and intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C); 18 U.S.C. §2)

## Count 3

The Grand Jury further charges that:

On or about ██████████, in the District of Vermont, the defendant, ██████

████████████ knowingly and intentionally distributed heroin, a Schedule I controlled

substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

3

<u>Count 4</u>

The Grand Jury further charges that:

On or about January 12, 2016, in the District of Vermont, the defendants, BRIAN

FOLKS, aka "Moe," aka "Moet Hart" and MANDY LATULIPPE, knowingly and intentionally

distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C); 18 U.S.C. §2)

4

## Count 5

The Grand Jury further charges that:

On or about ▮▮▮▮▮▮▮▮, in the District of Vermont, the defendant, ▮▮▮▮▮

▮▮▮▮▮▮▮ knowingly and intentionally possessed with intent to distribute heroin, a

Schedule I controlled substance, and cocaine base, a Schedule II controlled substance. The

offense involved 28 grams or more of a mixture and substance containing a detectable amount of

cocaine base and 100 grams or more of a mixture and substance containing a detectable amount

of heroin.

(21 U.S.C. §§ 841(a), 841(b)(1)(B))

## Count 6

The Grand Jury further charges that:

On or about January 22, 2016, in the District of Vermont, the defendants, BRIAN FOLKS, aka "Moe," aka "Moet Hart" and MANDY LATULIPPE, knowingly and intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C); 18 U.S.C. §2)

6

## Count 7

The Grand Jury further charges that:

On or about February 10, 2016, in the District of Vermont, the defendants, BRIAN

FOLKS, aka "Moe," aka "Moet Hart" and MANDY LATULIPPE, knowingly and intentionally

distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C); 18 U.S.C. §2)

FOREPERSON

Eric J. Miller (bcm)

(TCD) Eric Miller
United States Attorney
Burlington, Vermont
July 14, 2016

7