# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.  Case No. 5:16CR94-1

BRIAN FOLKS

## DETENTION ORDER

A detention hearing having been held in the above-entitled case pursuant to the provisions of 18 USC 3142 at which the defendant was present and represented by counsel, Michael Straub, Esq., the undersigned judicial officer hereby finds:

__X__ by a preponderance of the evidence that no condition or combination of conditions of release will reasonably assure the appearance of the defendant as required; and

__X__ by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community. Accordingly, it is hereby

**ORDERED**, this 28th day of July, 2016 that the above named defendant **BE**, and the same hereby **IS**, **ORDERED** detained and that (s)he **BE** and hereby **IS** committed to the custody of the Attorney General for confinement pending further Order of the Court.

The Court's findings of fact and its statement of the reasons for the detention are set forth in the Court's decision rendered during the proceedings held on July 28th, 2016 as set forth on the record of said proceedings, and in the event there is to be a review of this Detention Order, if necessary, the said record may be transcribed and edited by the court so as to constitute this Court's findings of fact and written statement of the reasons for the detention; and it is

**FURTHER ORDERED** that the Attorney General shall confine the defendant in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; that the Attorney General shall afford the defendant a reasonable opportunity to consult with his/her counsel in private; and it is

**FURTHER ORDERED** that on Order of the Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the person to a United States Marshal for the purpose of an appearance in connection with any Court proceeding.

DATE: July 28, 2016

/s/ John M. Conroy
_____
Honorable John M. Conroy,
U.S. Magistrate Judge