IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 JAN 27 AM 11: 17

CLERK
BY
DEPUTY CLERK

| | |
|---|---|
| In the Matter of the Search of Five Communication Devices, three in the possession of DEA (Silver Samsung Galaxy S6, Black Microsoft Smartphone, and Silver LG Smartphone), two in the possession of FBI (Black Trio Stealth 10 Tablet and Black Hewlett-Packard Pavilion Computer) | Case No. 5:16-cr-94<br><br>**Filed Under Seal** |

## MOTION TO SEAL DOCUMENTS

On January 27, 2017, the Government applied for a warrant to five communication devices, three in the possession of DEA (Silver Samsung Galaxy S6, Black Microsoft Smartphone, and Silver LG Smartphone), two in the possession of FBI (Black Trio Stealth 10 Tablet and Black Hewlett-Packard Pavilion Computer).

The Government moves this Court to seal this motion, the U.S. District Court docket sheet, the Application and Affidavit for the above Search Warrant, the Search Warrant, and any Order regarding this motion. Sealing these documents is necessary at this time to protect the integrity of the ongoing criminal investigation and the safety of individuals, including informants and potential government witnesses. When sealing is no longer necessary to ensure the safety of individuals and the investigation's integrity because targets have been arrested or the investigation has been closed, the government will move to unseal the search warrant and related documents and docket entries.

Dated at Burlington, in the District of Vermont, January 27, 2017.

Respectfully submitted,

UNITED STATES OF AMERICA

ERIC S. MILLER
United States Attorney

By: ABIGAIL E. AVERBACH
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Abigail.e.averbach@usdoj.gov