# UNITED STATES DISTRICT COURT
for the
District of Vermont

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Five Communication Devices, three in the possession of DEA ) Case No. 5:16-cr-94
(Silver Samsung Galaxy S6, Black Microsoft Smartphone and )
Silver LG Smartphone), two in the possesion of FBI (Black Trio )
Stealth 10 Tablet and Black Hewlett-Packard Pavilion Computer) )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Vermont_____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before \_\_\_\_February 10, 2017\_\_\_\_ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to \_\_\_\_\_Hon. John M. Conroy\_\_\_\_\_.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for \_\_\_\_ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: Jan. 27, 2017 11:15 am
                       *Judge's signature*

City and state: Burlington, VT         Hon. John M. Conroy, U.S. Magistrate Judge
                                       *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 5:16-cr-94 | Date and time warrant executed: 01/27/17 1430 | Copy of warrant and inventory left with: Frank Thorton |
|---|---|---|

Inventory made in the presence of: Frank Thorton, Blackthorn Info. Security

Inventory of the property taken and name of any person(s) seized:

Electronic data and files to include photos, images, and other electronic documents. Photos and electronic communication data from telephones seized.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/24/17

Executing officer's signature

IA MARILYN EPP
Printed name and title