
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 5:16-cr-94-01 and 02 |
| ) | |
| BRIAN FOLKS aka "Moe", aka "Moet ) | |
| Hart," and DONALD McFARLAN aka ) | |
| "Ghost,", ) | |

Defendants.

## ORDER REGARDING JOINT MOTION FOR COMPLEX CASE DESIGNATION, TO SET TRIAL DATE, AND TO EXCLUDE TIME FROM SPEEDY TRIAL ACT
(Doc. 114)

On December 1, 2017, Brian Folks and Donald McFarlan, by and through Counsel, filed a joint motion for complex case designation, to set a trial date and to exclude time from the Speedy Trial Act.

At a Status Conference held on December 27, 2017, trial dates were set to begin on April 16, 2018 and continue through May 4, 2018. It was ORDERED at the status conference that the time from the pre-trial motions deadline until the trial begins shall be excludable in computing the time in which the trial in this cause must commence pursuant to this District's Plan for Prompt Disposition of Criminal Cases. The time to be excluded as directed above shall commence on January 31, 2018, and continue through April 16, 2018. It was FURTHER ORDERED that this case receive the designation of a complex case.

Dated at Rutland, in the District of Vermont, this 4th day of January, 2018.

Geoffrey W. Crawford, Judge
United States District Court