# UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

| United States of America | JOINT EXHIBIT & WITNESS LIST |
|---|---|
| v. | |
| Brian Folks | Case Number: 5:16-cr-94-01 |

| PRESIDING JUDGE | GOVERNMENT ATTORNEYS | DEFENDANT'S ATTORNEYS |
|---|---|---|
| Chief Judge Geoffrey W. Crawford | Abigail Averbach, AUSA, Jared Fishman, Special Lit. Counsel, Emily Savner, Trial Attorney | David J. Williams, Esq. Craig S. Nolan, Esq. |
| HEARING DATE March 20, 2018 | COURT REPORTER Anne Henry | COURTROOM DEPUTY Pamela Lane |

| Gov't No. | Dft No. | Date Offered | Marked | Admitted | Description of Witnesses & Exhibits | Bates Begin | Bates End |
|---|---|---|---|---|---|---|---|
| | | | | | **WITNESSES** | | |
| 1 | | 3/20/18 | | | Det. Chris May, Essex PD | | |
| 2 | | 3/20/18 | | | Officer Kyle Brouillette | | |
| | 1 | 3/20/18 | | | Brian Folks | | |
| 3 | | 3/20/18 | | | Det. Michael Beliveau, Burlington PD | | |
| 4 | | 3/20/18 | | | Special Agent Adam Chetwynd, DEA | | |
| | | | | | **GOVERNMENT EXHIBITS** | | |
| 1 | | 3/20/18 | X | X | Miranda Waiver (7/19/16) | 001164 | 001164 |
| 2 | | 3/20/18 | X | X | 7/19/16 Interview of Folks (DVD) | | |
| 3A | | 3/20/18 | X | X | Transcript - 7/19/16 Interview | | |
| 4 | | 3/20/18 | X | X | Body camera videos of Officer Brouillette (1/20/16) (DVD) | | |
| 11 | | 3/20/18 | X | X | Photos of bag & drugs seized | 009787 | 009788 |
| 14 | | 3/20/18 | X | X | Search Warrant re: 12/28/15 Burlington Car Stop (State Court document) | 000027 | 000034 |
| 16 | | 3/20/18 | X | X | Pictures re: car stop & search | 005249 | 005256 |
| 17 | | 3/20/18 | X | X | Application for Search Warrant - 96 Ethan Allen Parkway, Unit 8, Burlington (7/14/16) | 004057 | 004081 |
| 19 | | 3/20/18 | X | X | Video of search re: 96 Ethan Allen Parkway, Unit 8, Burlington (7/19/16) | | |
| 21 | | 3/20/18 | X | X | Detailed Inventory - Search at 96 Ethan Allen Parkway, Unit 8, Burlington | 009896 | 009898 |
| 22 | | 3/20/18 | X | X | Map: Travel of vehicle re: traffic stop | | |
| | | | | | **DEFENDANT'S EXHIBITS** | | |
| | B | 3/20/18 | X | X | 3/16/18 Letter from E. Savner, DOJ to D. Williams, Esq. & C. Nolan, Esq. | | |

|  | C | 3/20/18 | X | X | Incident Detail of Kyle Brouillette re: traffic stop on 1/20/16 |  |  |
|--|---|---------|---|---|------------------------------------------------------------------|--|--|
|  | D | 3/20/18 | X | X | Application for Search Warrant for 241 West Canal Street, Apt. 1A, Winooski |  |  |