UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  Case No. 5:16-cr-94 |
| | ) |
| BRIAN FOLKS, | ) |
| | ) |
| Defendant. | ) |

## UNOPPOSED MOTION TO EXTEND TIME TO FILE POST-HEARING MEMORANDA

Brian Folks., by and through counsel, Sheehey Furlong & Behm P.C., hereby moves to extend the time to file his post-hearing memorandum from April 3, 2018 to April 6, 2018. The requested enlargement is necessary due to unanticipated professional obligations of the undersigned. In the event the instant motion is granted, the government's post-hearing memorandum would be due April 13, 2018. The undersigned has conferred with counsel for the government and is authorized to state that the government consents to the requested extension.

For the reasons set forth above, Brian Folks respectfully requests that the Court extend the time to file post-hearing memoranda for the defense and the government to April 6, 2018 and April 13, 2018, respectively.

Dated at Burlington, Vermont this 3rd day of April, 2018.

**BRIAN FOLKS**

By: *Craig S. Nolan*
Craig S. Nolan, Esq.
SHEEHEY FURLONG & BEHM P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT 05402-0066
(802) 864-9891
cnolan@sheeheyvt.com

# CERTIFICATE OF SERVICE

I, Craig S. Nolan, counsel for Brian Folks, do hereby certify that on April 3, 2018, I electronically filed with the Clerk of Court the following document:

**UNOPPOSED MOTION TO EXTEND TIME TO FILE POST-HEARING MEMORANDA**

using the CM/ECF system. The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties:

| | |
|---|---|
| David J. Williams, Esq.<br>Jarvis, McArthur & Williams<br>95 St. Paul Street, Ste 2E<br>P.O. Box 902<br>Burlington, VT 05402<br>dwilliams@jarvismcarthur.com | Abigail E Averbach, AUSA<br>United States Attorney's Office<br>District of Vermont<br>P.O. Box 570<br>Burlington, VT 05402-0570<br>(802) 951-6725<br>Abigail.E.Averbach@usdoj.gov |
| Emily M. Savner, AUSA<br>United States Department of Justice<br>Civil Rights Division, Special Litigation Division<br>Patrick Henry Building, Room 5018<br>601 D Street N.W.<br>Washington, DC 20004<br>(202) 353-4081<br>emily.savner@usdoj.gov | Jared Fishman, Esq.<br>United States Department of Justice<br>Civil Rights Division, Special Litigation Division<br>Patrick Henry Building, Room 5018<br>601 D Street N.W.<br>Washington, DC 20004<br>(202) 598-1877<br>jared.fishman2@usdoj.gov |

Dated at Burlington, Vermont, this 3rd day of April, 2018.

By: *Craig S. Nolan*
Craig S. Nolan, Esq.
SHEEHEY FURLONG & BEHM P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT 05402-0066
(802) 864-9891
cnolan@sheeheyvt.com