U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 APR 23 AM 10: 58

CLERK
BY ＿＿＿＿＿
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 5:16-cr-28-01 |
| | ) | 94 |
| BRIAN FOLKS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter having been presented to the Court by the United States of America, and the Court having considered said motion, to protect the safety of the arresting officers and prevent the flight of the witness, it is hereby

ORDERED, that the United States' Application for Arrest and Detention of Material Witness, the Material Witness Arrest Warrant, this motion, any order granting this motion, and the docket sheet are hereby sealed until the arrest and detention of the material witness.

Dated at Burlington, in the District of Vermont, this 23rd day of April, 2018.

Geoffrey W. Crawford, Chief Judge
United States District Court