U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 APR 26 PM 2:05

CLERK
BY ____PC____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

UNITED STATES OF AMERICA,

v.

BRIAN FOLKS,
Defendant.

Crim. No. 5:16-CR-94
**Filed Under Seal**

## ORDER

This matter having been presented to the Court by the United States of America, and the Court having considered said motion, to protect the privacy of the Defendant and the various individuals about whom information was gathered in the course of this investigation, it is hereby

ORDERED, that the United States' Discovery Summary and Attachments are hereby sealed.

Dated at Burlington, in the District of Vermont, this 26 day of April, 2018.

_____
GEOFFREY W. CRAWFORD
Chief Judge

1