UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| v. | ) Case No. 5:16-cr-94-01<br>) |
| BRIAN FOLKS, | )<br>) |
| Defendant. | ) |

## ORDER TO RELEASE MATERIAL WITNESS

This matter came before this Court on April 27, 2018 on various pretrial motions.

A material witness, Katelynn Charbonneau, has been ordered detained at the Chittenden County Correctional Center pursuant to 18 U.S.C. § 3144 to ensure her testimony at trial which was to begin on Monday, April 30, 2018. The trial has now been continued, and has not yet been rescheduled. It is not proper to detain Ms. Charbonneau in light of the continuance of next week's trial.

It is ORDERED that Ms. Charbonneau be released from detention immediately.

Dated at Burlington, in the District of Vermont, this 27th day of April, 2018.

Geoffrey W. Crawford, Chief Judge
United States District Court