UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 5:16-CR-94 |
| ) | |
| BRIAN FOLKS aka "Moe," aka "Moet Hart," ) | |
| Defendant. ) | |

# PROPOSED LANGUAGE FOR ORDER RE: BACKPAGE

The United States of America, by and through its attorney, Christina E. Nolan, United States Attorney, files this proposed language for the Order contemplated by the Court at the Status Conference of May 4, 2018, regarding the search of the seized Backpage servers, due today, June 1, 2018.

If the Court does intend to issue the contemplated Order, the Government suggests that the Court simply order the production of: *any and all advertisements, from June 1, 2012 to March 31, 2016, with associated payment/IP address information, from the "Burlington Escorts" section of Backpage.com.*

In the event that the Court would prefer to take a more tailored approach, the Government requests that the order include the following language: *any and all advertisements, from June 1, 2012 to March 31, 2016, with associated payment/IP address information, from the "Burlington Escorts" section of Backpage.com, including, originating from, or associated with the following email addresses or telephone numbers:*

Jimmyporter380@gmail.com
mobeasthart@gmail.com
silencethemall@ymail.com
latulippemandy69@gmail.com
heartlessjess123@gmail.com
liraem12412@gmail.com
Kellishea02@sprintpcs.com

1

Bordeaux.bradleyxx@gmail.com
Dev81870@yahoo.com

| Phone |
|---|
| 306-268-1734 |
| 315-296-2012 |
| 347-241-7075 |
| 347-733-2605 |
| 347-913-8789 |
| 347-991-4391 |
| 510-340-5126 |
| 518-930-5490 |
| 603-268-1734 |
| 646-240-9746 |
| 646-455-1139 |
| 646-491-3214 |
| 646-529-0386 |
| 718-930-8564 |
| 781-222-8377 |
| 802-242-1791 |
| 802-274-2688 |
| 802-309-7601 |
| 802-310-1101 |
| 802-310-1913 |
| 802-310-3567 |
| 802-310-6410 |
| 802-310-8497 |
| 802-310-8797 |
| 802-318-7052 |
| 802-318-7930 |
| 802-324-4718 |
| 802-324-4741 |
| 802-324-7412 |
| 802-338-7422 |
| 802-355-3197 |
| 802-355-4671 |
| 802-356-2646 |
| 802-363-8717 |
| 802-363-9653 |
| 802-373-5875 |
| 802-373-8106 |
| 802-399-7193 |
| 802-497-4161 |
| 802-503-6047 |

| |
|---|
| 802-522-8871 |
| 802-557-2463 |
| 802-585-5387 |
| 802-585-5923 |
| 802-658-1398 |
| 802-683-8870 |
| 802-752-5475 |
| 802-752-8475 |
| 802-777-0312 |
| 802-777-1549 |
| 802-777-2705 |
| 802-777-4806 |
| 802-777-8913 |
| 802-777-8985 |
| 802-798-2516 |
| 802-825-1404 |
| 802-825-3316 |
| 802-825-4245 |
| 802-825-4614 |
| 802-825-4647 |
| 802-825-4673 |
| 802-825-4717 |
| 802-825-4945 |
| 802-825-7440 |
| 802-825-9174 |
| 802-825-9292 |
| 802-825-9764 |
| 914-258-7657 |
| 914-893-0507 |
| 914-979-0330 |
| 917-275-1574 |
| 917-279-4085 |
| 917-309-0772 |
| 929-229-9420 |
| 973-826-4360 |

Respectfully submitted, this 1st day of June, 2018.

            CHRISTINA E. NOLAN
            United States Attorney


        By: */s/ Abigail E. Averbach*
           Abigail E. Averbach
           Assistant U.S. Attorney

        P.O. Box 570
        Burlington, VT 05402-0570
        (802) 951-6725
        abigail.e.averbach@usdoj.gov

JOHN M. GORE
Acting Assistant Attorney General
Civil Rights Division

By: */s/ Jared Fishman*
        JARED FISHMAN
        Special Litigation Counsel
        EMILY SAVNER
        Trial Attorney
        Civil Rights Division, Criminal Section
        U.S. Department of Justice
        601 D Street, NW, 5th Floor
        Washington, DC 20530
        Telephone: (202) 598-1877
        Jared.Fishman2@usdoj.gov

<u>Certificate of Service</u>

By filing the above document this day via the Court's electronic filing system, I certify that a copy will be served on Mark Kaplan and Natasha Sen, Counsels for Defendant, via ECF.

Dated:   June 1, 2018
         Burlington, Vermont

                                                By:    <u>/s/ *Abigail E. Averbach*</u>
                                                       Abigail E. Averbach
                                                       Assistant U.S. Attorney
                                                       P.O. Box 570
                                                       Burlington, VT 05402-0570
                                                       (802) 951-6725
                                                       abigail.e.averbach@usdoj.gov