UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   Case No. 5:16-cr-94-01 |
| | ) |
| BRIAN FOLKS, | ) |
| | ) |
| Defendant. | ) |

### ORDER CONCERNING SUBPOENA TO BACKPAGE

The parties may not have understood the court's request concerning production of the Backpage information. The court has no independent interest in reviewing or ordering production of the material. The problem the court is seeking to avoid is a further delay of the trial caused by a claim from either side that it does not have access to potential trial evidence within the possession of the United States.

If either side desires a trial subpoena, issued in advance of the actual trial date, pursuant to F.R.Cr.P. 17(c), the court will review and issue the proposed subpoena. The subpoena should provide for production directly to the court. Upon receipt, the court will arrange for its distribution to both parties. For the sake of efficiency, the court requests that the party seeking production by means of a subpoena confer with the other side to develop a form of subpoena which includes materials sought by each side and, if possible, to arrange for a convenient acceptance of service by the office within the Department of Justice which has possession of the Backpage information.

Dated at Rutland, in the District of Vermont, this 7th day of June, 2018.

Geoffrey W. Crawford, Chief Judge
United States District Court