✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF      VERMONT

UNITED STATES OF AMERICA

V.

BRIAN FOLKS

## TRIAL WITNESS LIST

Case Number:  2:16-cr-94-1

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|
| Hon. William K. Sessions III | | | Darrow/Savner/Grady | Kaplan/Sen |
| TRIAL DATE (S) | | | COURT REPORTER | COURTROOM DEPUTY |
| 4/24/19 - 5/  /19 | | | Carson/Pierce | Muir |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/24/2019 | | | Adam Chetwynd |
| 2 | | 4/25/2019 | | | Michelle N/W ███████ |
| 3 | | 4/25/2019 | | | Mandy Latulippe |
| 4 | | 4/26/2019 | | | Mary P ██████ |
| 5 | | 4/26/2019 | | | Kyle Brouillette |
| 6 | | 4/29/2019 | | | Lori Crawford |
| 7 | | 4/29/2019 | | | Michael Beliveau |
| 8 | | 4/29/2019 | | | Scott Murray |
| 9 | | 4/29/2019 | | | Donald McFarland |
| 10 | | 4/29/2019 | | | Chrissy Tatro |
| 11 | | 4/30/2019 | | | Benjamin Adams |
| 12 | | 4/30/2019 | | | Adam Chetwynd |
| 13 | | 4/30/2019 | | | James DiSarno |
| 14 | | 4/30/2019 | | | Keisha W ██████ |
| 15 | | 5/1/2019 | | | Stephen Higgins |
| 16 | | 5/1/2019 | | | Katelynn C ████████ |
| 17 | | 5/1/2019 | | | Daniel Merchand |
| 18 | | 5/1/2019 | | | Jasmine L ███████ |
| 19 | | 5/1/2019 | | | Danielle M ██████ |
| 20 | | 5/2/2019 | | | Francis Thornton |
| 21 | | 5/2/2019 | | | Ayla L ████ |
| 22 | | 5/6/2019 | | | Adam Chetwynd |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)       **TRIAL WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | vs. | BRIAN FOLKS | | CASE NO. 2:16-cr-94-1 | |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | 5/6/2019 | | | Marilyn Epp |
| | 1 | 5/7/2019 | | | Ariel Otero |
| | 2 | 5/7/2019 | | | Brittany Barber |
| | 3 | 5/7/2019 | | | Emily Lasell |
| | 4 | 5/7/2019 | | | Jennifer Martin |
| | 5 | 5/7/2019 | | | Chrissy Tatro |
| | 6 | 5/7/2019 | | | Anthony Martino |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |