UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| UNITED STATES | DEFENDANT'S EXHIBIT LIST |
|---|---|
| v. | |
| BRIAN FOLKS | Case No. 2:16-cr-94-wks |

TRIAL DATE
April 24, 2019 – 5/9/2019

| Ex. No. | Description | Bates Begin | Bates End | Offered | Admitted |
|---|---|---|---|---|---|
| B9 | Facebook Messages with Keisha W | N/A | N/A | 4/30/19 | ✓ |
| C4 | Trial Exhibit Binder Danielle M | 011107 | 011120 | 5/2/19 | ✓ |
| C9 | Facebook Messages with Danielle M | N/A | N/A | 5/2/19 | ✓ |
| D4-1 | Backpage Ads Ayla | 002577 | 002577 | 5/2/19 | ✓ |
| D4-3 | Backpage Ads Ayla | 002545 | 002576 | 5/2/19 | ✓ |
| G7 | Proffer Letter for Donald McFarlan | 007539 | 007540 | 4/29/19 | ✓ |
| G8 | Plea Agreement Letter Exhibit of Donald McFarlan | 009756 | 009758 | 4/29/19 | ✓ |
| G9 | Plea Agreement of Donald McFarlan | 007628 | 007633 | 4/29/19 | ✓ |
| H | Photo Mary P | | | 4/26/19 | ✓ |
| H5 | Latulippe Plea Agreement Letter | 009235-A | 009235-C | 4/26/19 | ✓ |
| H6 | Plea Agreement of Mandy Latulippe | 009230 | 009235 | 4/26/19 | ✓ |
| H19 | Facebook Messages with Mandy | N/A | N/A | 4/26/19 | ✓ |
| H20 | Extraction of Relevent Photos from Government's Trial Exhibit Binder re Mandy Latulippe | N/A | N/A | 4/26/19 | ✓ |
| H21 | Second Superseding Indictment | Doc. 71 | Doc. 71 | 4/26/19 | ✓ |
| O78-1 | Photo Katelynn & Neda | 002370 | 002370 | 5/1/19 | ✓-Photo & Date only |
| S5 | Redacted Chris May Texts | 013384 | 013561 | 4/30/19 | ✓ |
| Z55 | Audio Recording Tatro, May & Lawton | | | 5/7/19 | ✓ |
| Z5555 | Photo of Dollar Pictures | | | 5/8/19 | ✓ |
| QQ3 | Facebook Messages with Mary P | N/A | N/A | 4/26/19 | ✓ |
| QQ5 | Diagram of Apt, N. Union St. | | | 4/26/19 | ✓ |
| UU5 | Witness Disclosure Christina Tatro | 010455 | 010478-G | 4/30/19 | ✓ |

| Ex. No. | Description | Bates Begin | Bates End | Offered | Admitted |
|---|---|---|---|---|---|
| **UU6** | CI iPhone texts | 009437 | 009616 | 4/30/19 | ✓ |
| **UU11** | Christina Tatro Texts | N/A | N/A | 4/30/19 | ✓ |
| **UU12** | Christina Tatro Texts-Lines 1915, 1920, 1996-2017, 2068, 2069, 2156, 2157, 3533, 3534 | | | 4/30/19 | ✓ paired down & w/redactions |