# `UNITED STATES DISTRICT COURT

## DISTRICT OF VERMONT

United States of America

v.

Brian Folks

**GOVERNMENT'S
EXHIBIT LIST**

Case Number:    2:16-CR-94

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. William K Sessions III | William B. Darrow, AUSA<br>Emily Savner, Trial Attorney<br>Matthew Grady, Trial Attorney | Mark A. Kaplan, Esq.<br>Natasha Sen, Esq. |
| TRIAL DATE(S):<br>4/24/19 - 5/9/19 | COURT REPORTER<br>Anne Pierce/JoAnn Carson | COURTROOM DEPUTY<br>Joanne Muir |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 001 | 4/24/19 | ✓ | ✓ | N-1 Recorded Call Between Folks and CS (1/6/2016) (0:02-1:36) | | |
| 001A | 4/24/19 | ✓ | Published | Transcript of N-1 Recorded Call Between Folks and CS (1/6/2016) | 014339 | 014339 |
| 002 | 4/24/19 | ✓ | ✓ | N-2 Recorded call between Folks and CS (1/6/16) (0:00-1:09) | | |
| 002A | 4/24/19 | ✓ | Published | Transcript of N-2 Recorded Call Between Folks and CS (1/6/16) | 014340 | 014340 |
| 003 | 4/24/19 | ✓ | ✓ | N-3 CS Audio (1/6/16) | | |
| 003A | 4/24/19 | ✓ | Published | N-3 CS Audio (1/6/16) - Clip 1 (10:49-12:29) | | |
| 003B | 4/24/19 | ✓ | Published | Transcript of N-3 CS Audio (1/6/16) - Clip 1 | 014341 | 014341 |
| 003C | 4/25/19 | ✓ | Published | N-3 CS Audio (1/6/16) - Clip 2 (14:18-15:27) | | |
| 003D | 4/25/19 | ✓ | Published | Transcript of N-3 CS Audio (1/6/16) - Clip 2 | 014342 | 014342 |
| 004 | 4/24/19 | ✓ | ✓ | N-4 Photo of texts between CS and Folks (1/6/16) | 001677 | 001677 |
| 005 | 4/30/19 | ✓ | ✓ | N-4 Photo of Drug Exhibit 1 (1/6/16) | 001678 | 001678 |
| 006 | 4/30/19 | ✓ | ✓ | Drug Exhibit 1 (1/6/16) | | |
| 007 | 4/24/19 | ✓ | ✓ | N-6 Recorded Call Between Folks and CS (1/12/16) (0:00-0:45) | | |
| 007A | 4/24/19 | ✓ | Published | Transcript of N-6 Recorded Call Between Folks and CS (1/12/16) | 014343 | 014343 |
| 008 | 4/24/19 | ✓ | ✓ | N-7a CS Video (1/12/16) | | |
| 008A | 4/25/19 | ✓ | Published | N-7a CS Video (1/12/16) - Clip 1 (11:49 - 13:10) | | |
| 008B | 4/25/19 | ✓ | Published | Transcript of N-7a CS Video (1/12/16) - Clip 1 | 014344 | 014344 |
| 008C | 4/25/19 | ✓ | Published | N-7a CS Video (1/12/16) - Clip 2 (14:08-19:45) | | |
| 008D | 4/25/19 | ✓ | Published | Transcript of N-7a CS Video (1/12/16) - Clip 2 | 014345 | 014347 |
| 008E | 4/25/19 | ✓ | Published | N-7a CS Video (1/12/16) - Clip 3 (22:55 - 28:00) | | |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 008G | 4/25/19 | ✓ | Published | N-7a CS Video - Stills (11:58, 12:03) | 013048 014867 | 013048 014867 |
| 009 | 4/25/19 | ✓ | ✓ | N-8 Photo of Calculator on CS Phone (1/12/16) | 001686 | 001686 |
| 010 | 4/30/19 | ✓ | ✓ | N-8 Photo of Evidence Bag with Drug Exhibit 3 (1/12/16) | 001685 | 001685 |
| 011 | 4/30/19 | ✓ | ✓ | Drug Exhibit 3 (1/12/16) | | |
| 012 | 4/24/19 | ✓ | ✓ | N-16 Recorded Call Between Folks and CS (1/22/16) (0:22-0:48) | | |
| 012A | 4/24/19 | ✓ | Published | Transcript of N-16 Recorded Call Between Folks and CS (1/22/16) | 014350 | 014350 |
| 013 | 4/24/19 | ✓ | ✓ | N-16 CS Audio (1/22/16) | | |
| 013A | 4/24/19 | ✓ | Published | N-16 CS Audio (1/22/16) - Clip 1 (17:17-17:50) | | |
| 013B | 4/24/19 | ✓ | Published | Transcript of N-16 CS Audio (1/22/16) - Clip 1 | 014351 | 014351 |
| 013C | 4/25/19 | ✓ | Published | N-16 CS Audio (1/22/16) - Clip 2 (19:35 - 22:24) | | |
| 013D | 4/25/19 | ✓ | Published | Transcript of N-16 CS Audio (1/22/16) - Clip 2 | 014352 | 014352 |
| 014 | 4/24/19 | ✓ | ✓ | N-16 CS Video (1/22/16) (3:00 - 5:50) | | |
| 014A | 4/25/19 | ✓ | Published | N-16 CS Video - Still (3:40) | 013051 | 013051 |
| 015 | 4/24/19 | ✓ | ✓ | N-16 Photo of Texts Between CS and Folks (1/22/16) | 000387 | 000387 |
| 016 | 4/24/19 | ✓ | ✓ | Photo of Drug Exhibit 6 (1/22/16) | 009761 | 009761 |
| 017 | 4/30/19 | ✓ | ✓ | Drug Exhibit 6 (1/22/16) | | |
| 018 | 4/25/19 | ✓ | ✓ | N-25 Recorded Call Between Folks and CS (2/10/16) (0:20-0:57) | | |
| 018A | 4/25/19 | ✓ | Published | Transcript of N-25 Recorded Call Between Folks and CS (2/10/16) | 014353 | 014353 |
| 020 | 4/25/19 | ✓ | ✓ | N-25 CS Video (2/10/16) | | |
| 020B | 4/25/19 | ✓ | Published | N-25 CS Video (2/10/16) - Clip 1 (31:53-38:30) | | |
| 020C | 4/25/19 | ✓ | Published | Transcript of N-25 CS Video (2/10/16) - Clip 1 | 014354 | 014355 |
| 020D | 4/25/19 | ✓ | Published | N-25 CS Video (2/10/16) - Still (35:15) | 013055 | 013055 |
| 021 | 4/25/19 | ✓ | ✓ | Photo of Drug Exhibit 9 (2/10/16) | 000282 | 000283 |
| 022 | 4/30/19 | ✓ | ✓ | Drug Exhibit 9 (2/10/16) | | |
| 024 | 4/29/19 | ✓ | ✓ | N-13 Recorded Call Between Tatro, McFarlan, Folks (1/14/16) (0:05-6:04) | | |
| 024A | 4/29/19 | ✓ | Published | Transcript of N-13 Recorded Call Between Tatro, McFarlan, Folks (1/14/16) | 014356 | 014358 |
| 025 | 4/30/19 | ✓ | ✓ | N-15 Recorded Call Between Tatro and Folks (1/20/16) (0:37-3:09) | | |
| 025A | 4/30/19 | ✓ | Published | Transcript of N-15 Recorded Call Between Tatro and Folks (1/20/16) | 014359 | 014360 |
| 026 | 4/29/19 | ✓ | ✓ | Photos of N-12 Froot Loops Box and Contents | 009236 009245 | 009243 009250 |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 026A | 4/29/19 | ✓ | ✓ | Photos of N-12 Froot Loops Box and Contents (May) | 009617 | 009618 |
| 028 | 4/30/19 | ✓ | ✓ | Drug Exhibit 4 (1/13/16) | | |
| 029 | 4/30/19 | ✓ | ✓ | Drug Exhibit 5 (1/13/16) | | |
| 030 | 4/25/19 | ✓ | ✓ | Photos of Bag and Contents Seized by Winooski PD (1/20/16) | 009787 | 009789 |
| 031 | 4/30/19 | ✓ | ✓ | N-20 Photos of Drug Exhibits 7 and 8 | 003847 | 003848 |
| 032 | 4/30/19 | ✓ | ✓ | Drug Exhibit 7 (1/20/16) | | |
| 033 | 4/30/19 | ✓ | ✓ | Drug Exhibit 8 (1/20/16) | | |
| 034A | 4/25/19 | ✓ | ✓ | My Cars 2530 Video Clip (1/20/16) (0:00 - 15:52) | | |
| 034B | 4/25/19 | ✓ | Published | Transcript of video clip "my cars 2530" | 014361 | 014368 |
| 034C | 5/6/19 | ✓ | ✓ | Hard drive file path screenshot of My Cars 2530 | 011926 | 011926 |
| 035 | 4/29/19 | ✓ | ✓ | Texts between Tatro and Folks | 009631 | 009643 |
| 036 | 5/2/19 | ✓ | ✓ | Bad Girl Practices Backpage Ad | 003747 | 003752 |
| 036A | 5/6/19 | ✓ | ✓ | Bad Girl Practices Full Backpage Ad | 014929 | 014934 |
| 037 | 4/29/19 | ✓ | ✓ | Photos of Beretta 9mm pistol found in glovebox of Durango | 005251 | 005256 |
| 038 | 4/29/19 | ✓ | ✓ | Gun found in Durango | | |
| 041 | 5/2/19 | ✓ | ✓ | DMV photo of Lori C. | 012145 | 012145 |
| 042 | 4/30/19 | ✓ | ✓ | Photos of Dumpster | 013972 | 013976 |
| 044 | 5/6/19 | ✓ | ✓ | "A Touch of Classy Women" Video | | |
| 044A | 5/6/19 | ✓ | Published | Transcript of Video "Touch of a classy woman" video | 013192 | 013192 |
| 044B | 5/6/19 | ✓ | ✓ | Screenshot of " A Touch of Classy Women" video | 011679 | 011679 |
| 044C | 5/6/19 | ✓ | ✓ | Hard drive file path screenshot of "A Touch of Classy Women" Video | 011583 | 011583 |
| 045 | 5/1/19 | ✓ | ✓ | Photos of multiple girls | 013319 | 013321 |
| 046 | 5/1/19 | ✓ | ✓ | Photos of Hannah A. | 013314 | 013316 |
| 047A | 4/26/19 | ✓ | ✓ | Photo of Hannah A. | 011456 | 011456 |
| 047B | 5/6/19 | ✓ | ✓ | Hard Drive N-66 Exhibits: Hannah A. | 011498 011518 011525 011551 | 011500 011519 011525 011553 |
| 047C | 5/6/19 | ✓ | ✓ | Facebook Record Exhibits: Hannah A. | 011458 | 011459 |
| 047D | 4/29/19 | ✓ | ✓ | Photo of Hannah A | 014966 | 014966 |
| 047E | 4/30/19 | ✓ | ✓ | Photo of Hannah A | 011459 | 011459 |
| 048A | 4/24/19 | ✓ | ✓ | DMV Photo of Mandy L. | 011746 | 011746 |
| 048C | 5/7/19 | ✓ | ✓ | Facebook Record Exhibits: Mandy L. | 011747 011754 011768 011775 011824 | 011747 011754 011768 011775 011824 |
| 048D | 4/25/19 | ✓ | ✓ | Backpage Records Exhibits: Mandy L. | 003745 | 003746 |
| 049A | 5/6/19 | ✓ | ✓ | DMV Photo of Mary P. | 011934 | 011934 |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 049B | 4/26/19 | ✓ | ✓ | Hard Drive N-66 Exhibits: Mary P. | 011939<br>011945 | 011939<br>011946 |
| 050A | 4/25/19 | ✓ | ✓ | Photos of Keisha W. | 011680<br>014940 | 011680<br>014940 |
| 050B | 4/30/19 | ✓ | ✓ | Hard Drive N-66 Exhibits: Keisha W. | 011705<br>011714<br>011708<br>011717<br>011729 | 011705<br>011715<br>011708<br>011717<br>011729 |
| 050C | 5/6/19 | ✓ | ✓ | Facebook Record Exhibits: Keisha W. | 011684 | 011685 |
| 050D | 5/6/19 | ✓ | ✓ | Backpage Records Exhibits: Keisha W. | 011733<br>011740<br>011736 | 011735<br>011742<br>011739 |
| 051A | 4/30/19 | ✓ | ✓ | DMV Photo of Katelynn C. | 011571 | 011571 |
| 051B | 5/6/19 | ✓ | ✓ | Hard Drive N-66 Exhibits: Katelynn C. | 011584<br>011586<br>011589<br>011594<br>011613<br>011580<br>011582<br>011655<br>011662<br>011664<br>011666<br>011670 | 011584<br>011586<br>011589<br>011594<br>011613<br>011580<br>011582<br>011656<br>011662<br>011664<br>011668<br>011670 |
| 051C | 5/6/19 | ✓ | ✓ | Facebook Record Exhibits: Katelynn C. | 011572<br>011575 | 011572<br>011575 |
| 052A | 5/1/19 | ✓ | ✓ | Photo of Jasmine L. | 014937 | 014937 |
| 053A | 4/25/19 | ✓ | ✓ | DMV photo of Danielle M. | 011107 | 011107 |
| 053B | 5/6/19 | ✓ | ✓ | Hard Drive N-66 Exhibits: Danielle M. | 011120 | 011120 |
| 053C | 5/6/19 | ✓ | ✓ | Facebook Record Exhibits: Danielle M. | 011113<br>011115 | 011113<br>011115 |
| 054A | 4/25/19 | ✓ | ✓ | DMV photo of Ayla L. | 011068 | 011068 |
| 054B | 5/6/19 | ✓ | ✓ | Hard Drive N-66 Exhibits: Ayla L. | 011069<br>011077<br>011080<br>011084 | 011070<br>011077<br>011080<br>011084 |
| 054D | 5/6/19 | ✓ | ✓ | Backpage Records Exhibits: Ayla L. | 002437<br>002435 | 002438<br>002436 |
| 055A | 4/26/19 | ✓ | ✓ | Photo of Victoria L. | 012376 | 012376 |
| 056A | 5/1/19 | ✓ | ✓ | Photos of Svetlana N. | 009766<br>014938 | 009766<br>014938 |
| 057A | 5/2/19 | ✓ | ✓ | DMV Photo of Victoria S. | 009767 | 009767 |
| 058 | 4/25/19 | ✓ | ✓ | Photos of 96 Ethan  Allen Parkway, #8, Burlington | 011008 | 011009 |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 059 | 5/1/19 | ✓ | ✓ | N-59 Video from Search Warrant Execution at 96 Ethan Allen Parkway [M2U00125] | | |
| 060 | 5/1/19 | ✓ | ✓ | N-59 Video from Search Warrant Execution at 96 Ethan Allen Parkway [M2U00126] | | |
| 060A | 5/1/19 | ✓ | ✓ | N-59 Video from Search Warrant Execution at 96 Ethan Allen Parkway [M2U00126] - Still (0:26) | 013057 | 013057 |
| 061 | 5/1/19 | ✓ | ✓ | N-64 & N-59 Photos from Search Warrant execution at 96 Ethan Allen Parkway | 011037 011031 011028 011024 011023 001706 001709 011016 011020 011018 011021 011035 011033 011032 012380 | 011037 011031 011030 011024 011023 001706 001709 011016 011020 011018 011021 011035 011033 011032 012381 |
| 063 | 5/2/19 | ✓ | ✓ | DMV photo of Violet G. | 012150 | 012150 |
| 064 | 4/25/19 | ✓ | ✓ | DMV photo of Donald McFarlan | 012151 | 012151 |
| 066 | 5/1/19 | ✓ | ✓ | Bag containing Rue 21 Bag and contents (N-49) | | |
| 066A | 4/25/19 | ✓ | ✓ | Photo of contents of Rue 21 Bag (N-49) | 014935 | 014935 |
| 067 | 5/6/19 | ✓ | ✓ | Screenshots of Jimmy Porter Facebook Profile page | 011041 | 011041 |
| 068.2 | 5/6/19 | ✓ | ✓* | Select Hard Drive Contents *as redacted | 012478 012439 | 012478 012452 |
| 069 | 5/6/19 | ✓ | ✓ | Hard Drive File Tree Examples | 012265 | 012265 |
| 071 | 5/2/19 | ✓ | ✓ | Thornton Visual for 003 Microsoft Lumina | 012192 | 012192 |
| 072 | 5/2/19 | ✓ | ✓ | Photos from Microsoft Lumia Phone | 012207 012211 012194 | 012209 012211 012206 |
| 073 | 5/2/19 | ✓ | ✓ | Pictures from Tom Tom GPS | 012212 | 012232 |
| 074 | 5/6/19 | ✓ | ✓ | Meta Data Displays for Photos | 012163 012172 | 012163 012172 |
| 075 | 5/6/19 | ✓ | ✓ | Internet Search History | 014457 | 014457 |
| 077 | 4/30/19 | ✓ | ✓ | N-45 Samsung Edge Cell Phone (Item 001) | | |
| 077A | 5/2/19 | ✓ | ✓ | Portion of SIM Card Dump by Thornton | | |
| 078 | 5/2/19 | ✓ | ✓ | N-45 Microsoft Lumia Mobile Phone (Item 003) | | |
| 079 | 5/1/19 | ✓ | ✓ | N-50 Black HP Computer Tower | | |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---------|--------------|--------|----------|----------------------------------------|-------------|-----------|
| 081 | 5/1/19 | ✓ | ✓ | Bag containing Silver digital scale, stickers, baggies, zip and razor blade (N-50) | | |
| 082 | 5/2/19 | ✓ | ✓ | Facebook Messages between Danielle and "Moet Hart" | 014914 | 014927 |
| 083 | 4/25/19 | ✓ | ✓ | DMV photo of Amanda S. | 014928 | 014928 |
| 085 | 5/1/19 | ✓ | ✓ | Bag containing bottle of Inositol and coffee grinder with residue (N-52) | | |
| 086 | 5/1/19 | ✓ | ✓ | Bag containing brown paper Aveda bag and two cardboard boxes of wax baggies (N-53) | | |
| 087 | 5/1/19 | ✓ | ✓ | Bag containing holster, leatherette planner, Tom Tom and other items (N-54) | | |
| 087A | 5/1/19 | ✓ | ✓ | Black Holster Rig Carrier | | |
| 087B | 5/1/19 | ✓ | ✓ | Black Leatherette Daily Planner with 17 Photographs including cover picture | | |
| 087C | 5/6/19 | ✓ | ✓ | 3 Photos of Black Leatherette Daily Planner | 006092 006093 006100 | 006092 006093 060100 |
| 087D | 5/1/19 | ✓ | ✓ | Tom Tom GPS | | |
| 089 | 4/25/19 | ✓ | ✓ | DMV photo of Ashley P. | 012739 | 012739 |
| 090 | 5/6/19 | ✓ | ✓ | AT&T Subscriber Information for 802-825-4614 (Jimmy Porter) | 010833 | 010834 |
| 090A | 5/6/19 | ✓ | ✓ | 802-825-4614 Summer 2015 - January 2016 Frequency List | 014896 | 014896 |
| 092 | 4/29/19 | ✓ | ✓ | DMV photo of Chrissy Tatro | 012155 | 012155 |
| 093 | 4/25/19 | ✓ | ✓ | DMV photo of Ashley T. | 012156 | 012156 |
| 094 | 4/24/19 | ✓ | ✓ | Photos of 103 North Union Street, #2, Burlington | 010994 | 010998 |
| 096 | 4/25/19 | ✓ | ✓ | Photos of 71-73 Spring Street, Burlington | 011004 | 011007 |
| 097 | 5/1/19 | ✓ | ✓ | Photo of 53 East Spring Street, Winooski | 011003 | 011003 |
| 098 | 4/25/19 | ✓ | ✓ | Photos of 80 Cottage Grove, Burlington | 011010 | 011012 |
| 099 | 5/2/19 | ✓ | ✓ | Photos of Ho Hum Motel | 009916 | 009917 |
| 100 | 5/1/19 | ✓ | ✓ | Photos of Motel 6 and Interior of Room | 009926 | 009933 |
| 101 | 5/1/19 | ✓ | ✓ | Photo of North Star Motel | 009934 | 009934 |
| 102 | 5/6/19 | ✓ | ✓ | Chart of Hotel Records | 014897 | 014897 |
| 104 | 5/6/19 | ✓ | ✓ | Anchorage Inn Records | 001848 | 001849 |
| 105 | 5/6/19 | ✓ | ✓ | Ho Hum Motel Records | 001988 001995 | 001991 001995 |
| 106 | 5/6/19 | ✓ | ✓ | Sprint Subscriber Information re: 203-738-9434 | 012817 | 012817 |
| 107B.1 | 5/6/19 | ✓ | ✓ | Facebook Extracts - "Moet Hart" | 011221 011244 | 011221 011244 |
| 107B.3 | 5/6/19 | ✓ | ✓ | Facebook Extracts - "Moet Hart" | 011312 | 011312 |
| 107B.7 | 5/6/19 | ✓ | ✓ | Facebook Extracts - "Moet Hart" | 011271 | 011272 |
| 107B.12 | 5/6/19 | ✓ | ✓ | Facebook Extracts - "Moet Hart" | 011303 | 011309 |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 108 | 5/6/19 | ✓ | ✓ | Motel 6 Records | 002005 002034 002071 | 002005 002049 002072 |
| 108A | 4/26/19 | ✓ | ✓ | Receipt – Motel 6 | 002046 | 002046 |
| 109 | 5/6/19 | ✓ | ✓ | North Star Motel Records | 002188 002199 002205 002210 | 002194 002201 002208 002212 |
| 110 | 5/6/19 | ✓ | ✓ | Quality Inn Records | 002080 | 002088 |
| 111 | 5/6/19 | ✓ | ✓ | Quality Inn Records | 007525 | 007530 |
| 113 | 4/25/19 | ✓ | ✓ | DMV photo of Jerrika M. | 012152 | 012152 |
| 114 | 4/25/19 | ✓ | ✓ | Photo of Delaney M. | 011121 | 011121 |
| 115 | 4/25/19 | ✓ | ✓ | Photo of "Hightower" | 014939 | 014939 |
| 116 | 5/6/19 | ✓ | ✓ | H.A. Birth Certificate | 006077 | 006077 |
| 117 | 4/25/19 | ✓ | ✓ | N-29 Folks "Moet Hart" Facebook Video re: H.A. | | |
| 117A | 4/25/19 | ✓ | Published | Transcript of Folks "Moet Hart" Facebook Video re: Hannah A. | 013193 | 013196 |
| 117D | 5/6/19 | ✓ | ✓ | Hard drive file path screenshot re: Video of Hannah A. | 012463 | 012463 |
| 118 | 5/6/19 | ✓ | ✓ | Carved call: Carved_3GP_25843376 | | |
| 118A | 5/6/19 | ✓ | Published | Carved call: Carved_3GP_25843376 - Clip 1 (00:11 - 02:34) | | |
| 118B | 5/6/19 | ✓ | Published | Transcript of Carved call: Carved_3GP_25843376 - Clip 1 | 014374 | 014375 |
| 119 | 5/6/19 | ✓ | ✓ | Carved call: Carved_3GP_70118528 | | |
| 119A | 5/6/19 | ✓ | Published | Carved call: Carved_3GP_70118528 - Clip 1 (00:14 - 03:53) | | |
| 119B | 5/6/19 | ✓ | Published | Transcript of Carved call: Carved_3GP_70118528 - Clip 1 | 014376 | 014377 |
| 119C | 5/6/19 | ✓ | Published | Carved call: Carved_3GP_70118528 - Clip 2 (06:19-07:34) | | |
| 119D | 5/6/19 | ✓ | Published | Transcript of Carved call: Carved_3GP_70118528 - Clip 2 | 014378 | 014378 |
| 121 | 5/1/19 | ✓ | ✓ | Photo of Chealsy P. (Ava) | 014936 | 014936 |
| 123 | 4/26/19 | ✓ | ✓ | Photo of Brittany B | 014962 | 014962 |
| 124 | 5/6/19 | ✓ | ✓ | Walnut Video Preamble  "my cars 3335" | | |
| 124A | 5/6/19 | ✓ | Published | Transcript of Walnut Video Preamble  "my cars 3335" | 013240 | 013241 |
| 124B | 5/6/19 | ✓ | ✓ | Hard drive file path screenshot of Walnut Video Preamble "my cars 3335" | 011554 | 011554 |
| 125 | 5/6/19 | ✓ | ✓ | "Walnut Video"  IMG_0105.wav | | |
| 125A | 5/6/19 | ✓ | Published | Transcript of Walnut Video IMG_0105.wav | 014382 | 014383 |
| 125B | 5/6/19 | ✓ | ✓ | Hard drive file path screenshot of "Walnut Video" IMG_0105.wav | 012027 | 012027 |
| 126B | 5/6/19 | ✓ | ✓ | Hard drive file path screenshot of "my cars 3314" video (KW Urination Video) | 011728 | 011728 |

| Plf. No | Date Offered | Marked | Admitted | Description of Exhibits* and Witnesses | Bates Begin | Bates End |
|---|---|---|---|---|---|---|
| 126C | 5/6/19 | ✓ | ✓ | Still shot from "My Cars 3314" | 014964 | 014964 |
| 127C | 5/6/19 | ✓ | ✓ | Still shot from "My Cars 3148" | 014965 | 014965 |
| 128 | 5/7/19 | ✓ | ✓ | Video "my cars 3373.mp4" found on Folks Computer ("Pee on You") | | |
| 128A | 5/7/19 | ✓ | Published | Transcript of video "my cars 3373.mp4" found on Folks Computer  ("Pee on You") | 014386 | 014386 |
| 130 | 4/29/19 | ✓ | ✓ | Stipulation Re: Prior Conviction | | |
| 136 | 5/8/19 | ✓ | ✓ | List of Sex Videos | | |
| 139 | 5/6/19 | ✓ | ✓ | FBI Receipt for Transfer | 002738 | 002739 |
| 141 | 5/8/19 | ✓ | ✓ | Price List of Sex Acts | | |