NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                               Case No. 2:16-cr-94-wks-1

Brian Folks

TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m. on Monday, September 21, 2020, in Burlington, Vermont, before Honorable William K. Sessions III, District Judge, for Sentencing.

Location: Courtroom 110                          JEFFREY S. EATON, Clerk
                                                                      By: */s/ Joanne A. Muir*
                                                                             Deputy Clerk
                                                                             8/21/2020

TO:

William B. Darrow, AUSA
Matthew T. Grady, AUSA

Mark A. Kaplan, Esq.
Natasha Sen, Esq.
Michelle Anderson Barth, Esq.

Court Reporter