# NOTICE OF APPEAL

## United States District Court

_____ District of Vermont _____

Caption:

United States _____ v.

Brian Folks _____

Docket No.: 16-cr-94 _____
Hon. William K. Sessions _____
(District Court Judge)

Notice is hereby given that Brian Folks _____ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other [ ] _____ (specify)

entered in this action on 9/23/2020 _____.
(date)

This appeal concerns: Conviction only [ ]  Sentence only [ ]  Conviction & Sentence ✔  Other [ ].

Defendant found guilty by plea [ ]  trial ✔  N/A [ ].

Offense occurred after November 1, 1987?  Yes ✔  No [ ]  N/A [ ]

Date of sentence: 09/21/2020 _____  N/A [ ]

Bail/Jail Disposition: Committed ✔  Not committed [ ]  N/A [ ]

Appellant is represented by counsel?  Yes ✔  No [ ]  If yes, provide the following information:

Defendant's Counsel: Michelle Anderson Barth

Counsel's Address: P.O. Box 4240

Burlington, VT  05406

Counsel's Phone: (619) 884-3883     andersonbarthlaw@gmail.com

Assistant U.S. Attorney: Andrew Gilman

AUSA's Address: P.O. Box 570

Burlington, VT  05402

AUSA's Phone: (802) 951-6725

_____
Signature