11/10/2021

Dear Your Honor,

My name is Nivea and I am engaged to Brian Folks. I am writing this letter on behalf of Brian. He is not a bad person he just had a hard life full of struggles and hardships. He had to deal with being the only boy and trying to provide for his family. I knew Brian for over 30 years and we both lived in homeless shelters most of our childhood. Brian's parents were addicted to drugs so he had to take the roll of parent at early age. Brian did not really have a good support system as he does now. He now has his mother who is now clean. He has adult children and grand children that will be supporting him along with sisters, nieces and nephews. I am going to be one of the people to make sure Brian stays on the right track. I do believe he can do good now that he has someone who will help him and keep him focused. He knows that he has to maintain employment and stay away from the bad influences. I think Brian deserves another chance to prove he can be a productive citizen.

Sincerely

Nivea Jackson

10/21/2021

Dear Your Honor,

My name is Lorraine Folks and i am the mother of Brian Folks. I am writing this letter as a show of support for him. I am here to support him when he gets out which I was not able to do before due to issues of drug addiction. Brian also has siblings and other family members that will his support system. As a child Brian grew up with two parents that had a drug addiction problem so he played the adult role for my other children. His father passed a way and it affected him because he never got to know him like he should due to the drug use. We were in a shelter for the majority of Brian's life and there was a lot of bad influences there. Brian is not a bad person he just needs support and I am able to give that now that I am no longer on drugs. Brian has a teenage son whose mother have passed away from drugs and he needs to have a Brian in his life as he is the only parent his son has left. Brian has grand children as well that he never met. Brian is not a bad person he just didn't have the support system he has now. Brian understands that he has to work and stay out of trouble. He will be helping me as I have a disabled daughter and I am getting older. Please allow Brian a chance to prove that he can be a productive person and do better.

Sincerely,

Lorraine Folks

TRULINCS 11701082 - FOLKS, BRIAN - Unit: BTF-L-A

------------------------------------------------------------------------------------------

FROM: 11701082
TO: BTF/Social Worker
SUBJECT: ***Request to Staff*** FOLKS, BRIAN, Reg# 11701082, BTF-L-A
DATE: 10/12/2021 06:27:46 PM

To: pyant
Inmate Work Assignment: n/a

i am requesting to be put in for compassionate release due to deteriorating mental/medical conditions which i am suffering from
at this time im suffering from serious mental/medical conditions suffering from a serious functional or cognitional impairment i
cant even straighten out my legs now due to the lack of pt and was also told that the leg braces that i used arent athorized at
this prison so im experiencing derterioration in my physical/mental conditions and with the aging process thats substantially
diminishes my ability to provide selfcare in this prison environment so im requesting to be considered for compassionate
release please let me no that u received this request thank u so much for your time and attention in this matter

TRULINCS  11701082 - FOLKS, BRIAN - Unit: BTF-L-A

---------------------------------------------------------------------------------------------

FROM: BTF/Health Systems Administrator
TO: 11701082 FOLKS, BRIAN
SUBJECT: RE:***Inmate to Staff Message***
DATE: 10/05/2021 11:57 AM

Physical Therapy reviewed your chart last month and noted that the type of leg braces that you need are not authorized in federal prison.  It also states that physical therapy educated and explained everything to you at that time.  If you are experiencing further issues or have other medical concerns, you will need to report to sick call.

>>> ~^!"FOLKS, ~^!BRIAN" <11701082@inmatemessage.com> 9/30/2021 8:44 PM >>>
To: CARLOCK
Inmate Work Assignment: NA

I HAVE BEEN IN THIS FACILITY FOR SIX MONTHS NOW AND WHEN I FIRST CAME I REQUESTED THAT THE FACILITY GET MY LEG BRACES MADE SO THAT I COULD AMBULATE WITHOUT THE USE OF A WHEELCHAIR. I STILL HAVE NOT GOTTEN THE LEG BRACES DONE OR EVEN SEEN A BRACE SPECIALIST. I GET NO PHYSICAL THERAPY AT ALL AND MY LEGS NOW WONT STRAIGHTEN OUT FULLY DUE TO MY CONSTANT SITTING IN MY WHEEL CHAIR AND DOING NOTHING. i STILL AM NOT RECEIVING ANYTHING HELPFUL FOR MY CHRONIC PAIN SINCE I WAS TAKEN OFF OF THE MEDS THAT WERE PRESCRIBED FOR ME WHEN I FIRST ARRIVED (GABAPENTIN). PLEASE PUT ME IN TO A BRACE CLINIC SO I CAN GET MY LEG BRACES MADE AND SOME PHYSICAL THERAPY AS WELL. THANK YOU

**BELLEVUE HOSPITAL CENTER**
DEPARTMENT OF RADIOLOGY
DOWNTIME PAPER REQUEST FOR MR EXAMS
MRI

1. PATIENT NAME: Folks, Brian .     PT's DOB: 10, 18, 74 SEX: X M _F
   (LAST/FIRST)

2. MRN: 343-86-53     3. ATTENDING'S NAME: LaRosa P.A

4. CONTACT NUM: 718 546 5200

5. DATE / TIME OF THIS ORDER: 5/17/12   1510   6. REF LOC: Correctional Health System

7. MRI (S) REQUESTED:

    __NECK     __BREAST     __ABDOMEN     __PELVIS     __BRAIN

    SPINE AREA:   __CERVICAL   X THORACIC   __LUMBAR

    __LOWER EXTREMITY — BODY SIDE___LEFT ___RIGHT ___BOTH

    __UPPER EXTREMITY — BODY SIDE___LEFT ___RIGHT ___BOTH

8. CONTRAST OPTIONS: __WITH   __WITH OUT   __WITH & WITH OUT

9. CONTRAST RXNS:
   A. PREVIOUS REACTION? YES____ NO X     B. SEAFOOD ALLERGY? YES___ NO X
   C. IODINE ALLERGY? YES____ NO X       D. OTHER CONTRAST ALLERGY? YES___ NO X
   E. NO CONTRAST REACTIONS OR ALLERGIES: X     P. UNKNOWN X

10. MRA (S) REQUESTED: ABDOMEN_____ BRAIN_____ CHEST_____
    LOWER EXTREMITY_____ NECK_____ PELVIS_____ UPPER EXTREMITY_____

11. PACEMAKER? YES ___ NO X     12. DEFIBRILATOR? YES ___ NO____

13. HISTORY OF ASTHMA? YES____ NO X UNKNOWN____

14. DIAGNOSIS: (PROBLEM) T10 cord level myelopathy of unknown origin

15. CLINICAL INDICATIONS: (SYMPTOMS/CONDITIONS) weakness of legs

16. MRI PATIENT PROFILE:
    A. CLAUSTROPHOBIA? YES____ NO X UNKNOWN____     B. ANEURYSM CLIPS? YES____ NO X
    C. BIOSTIMULATOR? YES____ NO X                  D. SEDATION REQUIRED? YES____ NO X
    E. COCHLEAR IMPLANTS? YES____ NO X              F. METAL IN EYE? YES____ NO X
    G. METAL/ELECTRICAL IMPLANTS IN BODY? YES____ NO X     H. HEART VALVE? YES____ NO X
    I. DOCTOR WILL ACCOMPANY PATIENT? YES____ NO X     J. INFECTIOUS DISEASE? YES____ NO X

17. SIGNIFICANT CONDITIONS? _____

18. COMMENTS: _____ (INSTRUCTIONS FOR RADIOLOGY STAFF)

19. SIGNATURE OF REQUESTING PHYSICIAN _____

ALL FIELDS ARE REQIRED FOR THIS REQUEST TO BE PROCESSED
PLEASE CALL BHC MRI RADIOLOGY FOR ASSISTANCE 212 562-3765

CONFIDENTIAL MEDICAL DOCUMENT

03/14/2012  11:58                                                        #4464  P.002/002

```
                                    text.txt
 -&15M  Printed Mar 14, 2012  11:51 am by Marshall,Jacqueline      p. 1  of  2

 Printed: Mar 14, 2012  11:51 am | Folks,Brian              3438653-6     CP
        Bellevue Hospital Center | 425- Neuro Surgery    . Age:37Y  Sex:male
            462 First Avenue     | DOB: Oct 18, 1974        MR# 3438653
            New York, NY 10016   |
                                 ----------------------------------------

 Mar 13, 2012  07:12 pm:  425 - Neurosurg  Ambcare Note (w/coding sheet)
 _____

                              medications and have given this patient,
                              family, and/or guardian an updated list of all
                              current medications. (8/17/11 16:12)
 Home Medications          : Med Name: Tylenol with Codeine #3 Med Name:
                              Baclofen
 Home Meds Attestation     : Medication list was reviewed and all necessary
                              changes made.
 Category of Svce          : established patient
 F/U Visit Code            : 99213
 Pt Ed/Counseling          : Barrier: none;
 Return Visit              : prn
 CQI/Tobacco Use Assessment - Quit Smoking Program:
    Tobacco Use Status       : Not assessed

 Electronically signed by Benjamin,Carolina, MD          .     Mar 13, 2012
 _____
```

Page 2

03/14/2012  11:58                                                    #4464 P.001/002

text.txt

-&15H

Printed: Mar 14, 2012  11:51 am    | Folks,Brian              3438653-6    CP  |
   Bellevue Hospital Center         | 425- Neuro Surgery       Age:37Y Sex:male|
        462 First Avenue            | DOB; oct 18, 1974        MR# 3438653     |
     New York, NY 10016             |

Mar 13, 2012  07:12 pm:  425 - Neurosurg  Ambcare Note (w/coding sheet)

Date/Time                : Tue, 13 Mar 2012  1912
Ambcare Service          : 425 - Neurosurg
Preferred Language(s)    : English,English
Language Used            : English
Chief Complaint/Hx Present Illness:
  Chief Complaint        : "can't walk"
  Hx Present Illness     :
    37year old male with no significant past medical history c/o "not
    being able to walk for 2 years". Patient reports that 2010, he was
    shot in the back 3 times but was wearing a bullet proof vest and did
    not get seriously hurt. After that episode, he was able to walk
    normally and continued his daily life without any issues. Then, about
    2 years ago, he began getting progressively weaker, worse proximally.
    He now cannot ambulate at all, requires a wheelchair, and a full leg
    brace to even stand straight. He reports having difficulty
    differentiating temperatures- can carry his hot coffee cup without
    being bothered by it. He also has some neck pain without radiation to
    arms, or any other radicular symptoms. He does report having to use
    condom catheter and a couple episodes of incontinence. Of note, he did
    have trauma to the neck with a knight stick.

    Exam
    AAOx3, NAD
    PERRL, EOMI, FS, TML
    5/5 strength in UE b/l
    2/3 strength in LE b/l
    3+ patellar reflex
    Bilateral clonus
    Toes mute
    + tongue fasiculations
    + biceps fasiculations
    Significant atrophy in b/l LE

    MRIs reviewed, no significant pathology consistent with above findings.


    A/p:37M with LE paralysis
    - no neurosurgical intervention warranted
    - given above findings, would recommend neurology consult to rule out
    ALS. Discussed findings with patient
    - no need for further neurosurgical workup/follow up
    - d/w chief and attending.
Pain                     : see clinical note
Allergy (Meds)           : Med Allergy: Paxil (Paroxetine)
Allergy (Other)          : No Known Allergens
Problem                  : Cervicalgia
Last Attestation         : I have done a focused review of current

────────────────────────────────────────────────────────────

Page 1

SPRINGFIELD HOSPITAL
SPRINGFIELD, VERMONT 05156
------------NAME----------    NUMBER   SEX AGE   ADMIT    DISC.   XRAY#  F/C  TYPE
FOLKS BRIAN SSCF    Y409259   M    40 10/23/14 10/23/14 KGHK   CCF   O/P
    DATE OF BIRTH: 10/18/1974    M/R# 143208    PH#: 802-885-9800  RM

LOCATION:    TRANSCRIBED: 10/23/14 14:13
    MR SPINE CKRV W/O    72141    COMPLETED:10/23/14  8:40    21202
    HX NECK PAIN - MRI ON 6/30/11 SHOWED MULTILEVEL SPONDYLOSIS W MYELOMALACIA

PHYSICIAN: MILLER MIT SSCF

========================================================================

CLINICAL INDICATION: Neck pain, prior MRI in 2011 showing multilevel
spondylosis with some myelomalacia C6-7. Bilateral arm
numbness.

TECHNIQUE: Non contrast enhanced multiplanar multi sequence
imaging.

COMPARISON: None available at the present time.

FINDINGS:
C2-3 level appears normal. At C3-4 there is slight, smooth posterior
spondylotic change, there is also moderate bilateral stenosis of the
c 4 neural foramina by uncovertebral spurring. Beginning at mid C4
level there is a very small but long, bright signal midline area of
what is probably subligamentous fluid, this has only mild mass effect
being 3mm diameter..

There is mild right and moderately severe left neural foraminal
stenosis at C5-6, there is seen the lower edge of that slender fluid
collection, , and then there is a very large and broad disk
osteophyte complex which extends from RT neural foramen to opposite,
, the greatest mass effect is in the midline, and this is associated
with a moderately severe central canal stenosis. The C5-6 neural
foramina show moderately prominent bilateral stenosis.

At C6-7, there is a rather severe appearing canal stenosis, caused by
a extremely large right para midline to left para midline irregular
disc osteophyte. The greatest mass effect is in the right side. The
cord does appear pinched. At the disc space level there is seen focal
right-sided cord myelomalacia, no other area of myelomalacia is seen
today. Severe right foramen stenosis is seen, moderate left foraminal
stenosis. C7-T1 level is intact.

The extreme upper portion of the thoracic spine appears intact with
no spondylosis, images only include down to just below the T1-2
disc.

10/24/14

RECEIVED
10-24-14

SPRINGFIELD HOSPITAL
SPRINGFIELD, VERMONT 05156

| ----------NAME---------- | NUMBER | SEX | AGE | ADMIT | DISC. | XRAY# | F/C | TYPE |
|---|---|---|---|---|---|---|---|---|
| FOLKS BRIAN SSCF | Y409259 | M | 40 | 10/23/14 | 10/23/14 | KGHK | CCF | O/P |
| DATE OF BIRTH: 10/18/1974 | M/R# 143208 | | | PH#: 802-885-9800 | | RM | | |

IMPRESSION:
In summary, the small area of right cord focal myelomalacia is confirmed at C6-7 level and there is a rather severe appearing central canal stenosis from disc osteophyte spondylotic formation at that level. There is moderately severe central canal stenosis C5 5-6. Multilevel multiple levels of moderate, and some mild neural foraminal stenosis from uncovertebral spurring.

I shall try to obtain at least reports of the 2011 outside MRI, and can addend this report if that is received.

_____
Mark D.S. Wallens, M.D.
Radiologist

Electronic Signature authenticated by the transcription system at the date and time indicated above.

07/28/2011  09:27                                                    #2630 P.001/005

28 Jul 11  0923                      text.txt

                                                            Page  1 of  2

                          Bellevue Hospital Center
                    462 First Avenue, New York, NY  10016
                            Radiology Department

Patient: Folks,Brian          MRN-V#: 3438653-2    DOB: 10/18/74 Age: 36Y  Sex: M

Location: 520 - Pain Management

DOS: 30 Jun 11  0915
Cervical Spine MRI*

Clinical history: Progressive, bilateral lower extremity weakness and
low back pain and bilateral leg pain since 2008.  Wheelchair-bound.

MRI of the complete spine consists of sagittal and axial T1 and T2
weighted images.

Although the patient reports a gunshot wound to the back, according
to the medical record from the prison signed by Dr. Reddy, there is
no evidence of any bullet on March 2011 thoracic or lumbar spine
films.

Cervical spine:
There is minimal straightening of the expected cervical lordosis
although no focal osseous lesion is evident, and there is no
malalignment.
There is multilevel disk desiccation.
At C4-C5, there is a small central disc protrusion which produces
subtle compression of the spinal cord in the midline.  Mild endplate
degenerative change is produce mild bilateral foraminal narrowing.
At C5-C6, broad-based disc ridge complex eccentric to the left is
associated with a small central disc herniation.  There is
compression of the central and left spinal cord, and moderate
bilateral foraminal narrowing, left greater than right.
At C6-C7, there is broad-based disc herniation eccentric to the right
with bilateral spinal cord compression.  Bilateral uncovertebral
joint degenerative disease is associated with foraminal narrowing,
right greater than left.
There is probably mild increased T2 signal in the spinal cord on the
right at C6 C7, most consistent with myelomalacia.

Thoracic spine:
Vertebral bodies are normal in height and normal in signal intensity
without malalignment.
The intravertebral disks are normal in height and normal in signal
intensity without herniation.
There is mild right ligamentum flavum thickening at T10-11 which
minimally deforms the thecal sac but does not contact the spinal cord.
The spinal cord is normal in size shape and signal intensity and
terminates at L1.  There is no other evidence of intradural or

    Read By:  Gwendolyn Hotson, MD        Verified By: Gwendolyn Hotson, MD
    Date:     06/30/2011

28 Jul 11  0923                                          Page  2 of  2
                              Page 1

text.txt
Bellevue Hospital Center
462 First Avenue, New York, NY  10016
Radiology Department

Patient: Folks,Brian        MRN-V#: 3438653-2   DOB: 10/18/74 Age: 36Y  Sex: M

Location: 520 - Pain Management

DOS: 30 Jun 11  0915
Cervical Spine MRI*

epidural soft tissue mass.

Lumbar spine:
There is straightening of the expected lumbar lordosis.  Incidentally
noted is a small osseous hemangioma in the left vertebral body of L4.
 No aggressive osseous lesion is evident.  There is no malalignment.
The lumbar spinal canal is developmentally small.
There is mild disc desiccation and minimal disc space narrowing at L4
L5.
At L2-L3, there is mild ligamentum flavum thickening and facet
hypertrophy without significant central canal or foraminal stenosis.
At L3-L4, there is mild bilateral ligamentum flavum thickening and
facet hypertrophy producing mild central canal stenosis and mild
right foraminal narrowing.
At L4-L5, there is mild bilateral facet hypertrophy and ligamentum
flavum thickening with mild diffuse disc bulge eccentric to the right
with associated right foraminal annular fissure, mild central canal
stenosis, moderate to severe right, and mild left foraminal stenosis.
At L5-S1, incidentally noted is a conjoined left S1 root.  There is
no disc herniation or spinal stenosis.

No paraspinal soft tissue abnormality is evident.  The paraspinal
muscles are well developed.  No retroperitoneal soft tissue mass is
evident.
Impression:
Multilevel cervical spondylosis with multilevel spinal cord
compression as detailed above with probable myelomalacia on the right
at C6 C7.
Mild right T10-T11  ligamentum flavum thickening without cord
compression; the thoracic spine examination is otherwise normal.
Multilevel  lumbar spondylosis superimposed upon a developmentally
small spinal canal producing mild central canal stenosis at L3-L4 and
L4-L5, and multilevel bilateral foraminal stenosis, most severe on
the right at L4-L5.

Read By:  Gwendolyn Hotson, MD      Verified By: Gwendolyn Hotson, MD
Date:     06/30/2011

Feb. 21. 2012 4:09PM                                                No. 4120   P. 12

Tue, 21 Feb 12  1555                                               Page  7 of 21

Chart Review Print

Metropolitan Hospital Center

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|----------|--------------|----------------|--------------|-----|-----|
| DIS-ExW | Folks,Brian | 1176819 | 1176819-6 | 37Y | M |

Attending Physician

---------------------------------------------------------------------------------

Unscheduled ED RN Summary Note
Event Time: Thu, 18 Aug 11  2011                          Status: complete

Thu, 18 Aug 11  2013   Documented by Maria S Wee, RN

Provider Disposition        : Discharged to Home or Self Care
Home Care Discharge         : No
Communication Method        : Direct communication in patients's primary requested l
anguage
Diagnosis                   : Paraplegia
Vital Signs                 : BP: 120/70 P: 75  bpm R: 16 T: 98.4 F (36.9 C)
IV Inserted?                : No IV inserted
Barriers to Learning        : none
Valuables/Clothing          : no property/valuables with patient
New Medication Order(s)?: Yes
Medication Order(s)         : Percocet (Acetaminophen and OxyCODONE)
Medication Effect(s)        : no adverse effects for all new medications
----------------------------------------------------------------------------------

Diagnosis      : 344.1     Paraplegia
Diagnosis    :
Working Diag: 344.1     Paraplegia

Pain Re-Assessment *
Event Time: Thu, 18 Aug 11  2014                          Status: complete

Thu, 18 Aug 11  2014   Documented by Maria S Wee, RN

Pain?           : no
Pain Scale      : 0
Assessed By     : Maria S Wee, RN
-------------------------------------------------------------------------------

**NYSID No:** 06982507P  **B&C No:** 3001000857

**FOLKS, BRIAN**
134 PEARL ST, 6, ESSEX JUNCTION, NY 05452

**DOB:** 10/18/1974  **Age:** 36 Y  **Sex:** male

**Primary Insurance:**
**PCP:**

**Home:** _00-000-000_
**Work:**
**Cell:**
**Email:**

**Allergies:**  Paxil (Paroxetine)

| Date | Type | Description | Diagnosis |
|---|---|---|---|
| 03/22/2011 | TEL | Medication Renewal | |
| 03/22/2011 | Sick Call | MRSA | MRSA ELSEWHERE/NOS |
| 03/16/2011 | Hospital | Urgicare return | Abscess |
| 03/16/2011 | Urgicare | S/p I & D Abscess Rt Elbow. | Abscess |
| 03/15/2011 | TEL | On-Island Specialty Clinic Return | Abscess |
| 03/15/2011 | Urgicare | Painnful swelling Rt Elbow | |
| 03/15/2011 | Sick Call | i have and abcsess | Abscess |
| 03/09/2011 | Neurology | special clinic neurology | |
| 03/08/2011 | PhysicalTh | Speciality Clinic Pt | Low Back Pain |
| 03/03/2011 | TEL | Test Results | |
| 03/02/2011 | PhysicalTh | Speciality Clinic Pt | |
| 03/01/2011 | Sick Call | back pain, ear bleed, wt loss | Low Back Pain<br>Cerumen<br>Anorexia |
| 02/28/2011 | Nursing | hiv test | Screening examination for unspecified infectious disease |
| 02/18/2011 | Emergency | | |
| 02/18/2011 | Emergency | Medical Emergency Fall | Low Back Pain<br>Weakness of muscles |
| 02/18/2011 | ENT | Speciality Clinic Ent | |
| 02/17/2011 | Emergency | patient claim of problem walking | Pain in limb |
| 02/17/2011 | TEL | Transfer Chart Review | |
| 02/17/2011 | TEL | Transfer Chart Review | |
| 02/16/2011 | TEL | Transfer Chart Review - Part 2 needed | |
| 02/15/2011 | TEL | Transfer Chart Review | |
| 02/15/2011 | Sick Call | do not want to have beef in his menu | |
| 02/07/2011 | Podiatry | | |
| 01/24/2011 | Podiatry | | Pain in limb |
| 01/11/2011 | Sick Call | Feet Pain | Pain in limb |
| 12/04/2010 | Intake | | ROUTINE MEDICAL EXAM |

**Referrals**

**Outgoing Referrals**

| Referral From | Referral To | Start Date | End Date | Reason |
|---|---|---|---|---|
| Allareddy Reddy, MD | ----------------------- ------- (REF) DOC | 04/11/2011 | 04/11/2012 | |

Patient Summary

Page 1 of 2

**NYSID No:** 06982507P    **B&C No:** 3001000857

**FOLKS, BRIAN**

134 PEARL ST, 6, ESSEX JUNCTION, NY 05452

**DOB:** 10/18/1974    **Age:** 36 Y    **Sex:** male

**Home:** _00-000-000_
**Work:**
**Cell:**
**Email:**

**Primary Insurance:**
**PCP:**

**Allergies:**   Paxil (Paroxetine),  turkey - crampy abdominal pains

**Medical History**

**Active Problem List**

| Code | Name | Specify | Notes |
|---|---|---|---|
| 729.5 | Pain in limb | | |
| 724.5 | Low Back Pain | | |
| 728.87 | Weakness of muscles | | |
| 380.4 | Cerumen | slight | |
| 783.0 | Anorexia | wt loss | |
| 527.3 | Abscess | | |
| 041.12 | MRSA ELSEWHERE/NOS | | |
| 783.21 | Abnormal loss of weight | | |
| 757.5 | NAIL ANOMALIES NEC | hypertrophic, dystrophic, nails 1-5 B/L | |
| 692.9 | DERMATITIS NOS | | |
| 721.0 | Cervical arthritis | | |
| 724.9 | Spinal disorder NOS | with weakness of lower muscle | |
| 294.9 | MENTAL DISOR NOS OTH DIS | | |
| 995.3 | Allergy, unspecified | | |
| 785.2 | Murmur | | |
| 342.11 | Spastic hemiplegia and hemiparesis affecting dominant side | | |
| V70.0 | ROUTINE MEDICAL EXAM | | test for MTSA is not needed- wound is healed. Pt education done. |
| 564.00 | CONSTIPATION NOS | | |
| 944.16 | 1 DEG BURN BACK OF HAND | | |
| 944.14 | 1 DEG BURN FINGR W THUMB | | |
| 799.9 | Diagnosis deferred | Non-diabetic | |
| 110.9 | Tinea | interdigital tinea B/L | |
| 427.81 | Sinus bradycardia | | |
| 578.1 | Blood in stool | | |
| 698.9 | Itch of skin NOS | | |
| 700 | Callus | r/o heel spur | |
| 782.1 | Rash | | |
| 309.28 | ADJUST DIS W ANXIETY/DEP | | |

**Past Medical History**

chickenpox

GSW to my back in 2009 with weaknes in my left leg with right side leg straining causing ambulation problems

**Medications**

Patient Summary

**NYSID No:** 06982507P   **B&C No:** 3001000857

**FOLKS, BRIAN**

134 PEARL ST, 6, ESSEX JUNCTION, NY 05452

**DOB:** 10/18/1974   **Age:** 36 Y   **Sex:** male

**Primary Insurance:**
**PCP:**

**Home:** _00-000-000_
**Work:**
**Cell:**
**Email:**

**Allergies :**   Paxil (Paroxetine),  turkey - crampy abdominal pains

---

**Name strength formulation, Sig: take route frequency**

Baclofen 15mg Tablet, Sig: 1 tab Orally Three Times a Day Start Date: 06/02/2011

Baclofen 20 mg Tablet, Sig: 1 tab Orally Every 8 Hours Start Date: 07/01/2011

Hydrocortisone 1 % Ointment, Sig: 1/2 inch thread Externally Daily Start Date: 07/05/2011

HydrOXYzine HCl 50 mg Tablet, Sig: 1 tab Orally At Bedtime Start Date: 06/13/2011

Multiple Vitamin 1 Tablet, Sig: 1 tab Orally Daily Start Date: 05/03/2011

Tylenol/Codeine #3 300-30 MG Tablet, Sig: 2 tabs Orally Twice a Day Start Date: 07/01/2011

**Surgical History**

| Date | Reason |
| --- | --- |
| | none |

**Social History**

| Name | Value |
| --- | --- |
| Drug use | currently using drugs: No, ever used drugs: No, currently in methadone program: No, Ever accidentally overdosed: No, Ever used a needle to inject drugs: No |
| smoking | are you a smoker: never |
| alcohol | do you drink: No |
| violence | ever hit or assaulted anyone: Yes, ever been charged with sexual offense: No, ever been assaulted: No, ever been a victim of sexual abuse: No |
| education | grade level completed: some college , learning disability: No, were you in special education: No |
| Sexual history | sexually active with: women , current number of sexual partners: 4, do you and your partner use condoms: Yes |

**Immunizations**

| Name | Date | Dosage |
| --- | --- | --- |
| Hepatitis B (20 and more) | 2010-12-04 | 1.0 ml |
| Influenza | 2010-12-04 | |

**Vitals**

| Name | Value |
| --- | --- |
| Temp | 98.5 |
| BP | 110/70 |
| RR | 14 |
| Pulse | 60 |

Patient Summary

**NYSID No:** 06982507P   **B&C No:** 3001000857

**FOLKS, BRIAN**

134 PEARL ST, 6, ESSEX JUNCTION, NY 05452

**DOB:** 10/18/1974   **Age:** 36 Y   **Sex:** male

**Home:** _00-000-000_
**Work:**
**Cell:**
**Email:**

**Primary Insurance:**
**PCP:**

**Allergies:**   Paxil (Paroxetine)

---

**Medical History**

**Active Problem List**

| Code | Name | Specify | Notes |
|------|------|---------|-------|
| 729.5 | Pain in limb | | |
| 724.5 | Low Back Pain | | |
| 728.87 | Weakness of muscles | | |
| 380.4 | Cerumen | slight | |
| 783.0 | Anorexia | wt loss | |
| 527.3 | Abscess | | |
| 041.12 | MRSA ELSEWHERE/NOS | | |
| 783.21 | Abnormal loss of weight | | |
| 757.5 | NAIL ANOMALIES NEC | hypertrophic, dystrophic, nails 1-5 B/L | |
| 692.9 | DERMATITIS NOS | | |

**Past Medical History**

chickenpox

**Medications**

**Name strength formulation, Sig: take route frequency**

Baclofen 10 mg Tablet, Sig: 1 tab Orally Three Times a Day 1st dose stat Start Date: 04/07/2011

Benadryl 25 MG Capsule, Sig: 1 tab Orally Twice a Day Start Date: 04/08/2011

Fluocinonide 0.05 % Ointment, Sig: qs Externally Twice a Day Start Date: 04/08/2011

Multivitamins APP Tablet, Sig: 1 tab Orally Daily Start Date: 04/05/2011

**Surgical History**

| Date | Reason |
|------|--------|
| | none |

**Hospitalization**

| Date | Reason |
|------|--------|
| | none |

**Social History**

| Name | Value |
|------|-------|
| Drug use | currently using drugs: No, ever used drugs: No, currently in methadone program: No, Ever accidentally overdosed: No, Ever used a needle to inject drugs: No |
| smoking | are you a smoker: never |
| alcohol | do you drink: No |
| violence | ever hit or assaulted anyone: Yes, ever been charged with sexual offense: No, ever been assaulted: No, ever been a victim of sexual abuse: No |
| education | grade level completed: some college , learning disability: No, were you in special education: No |
| | sexually active with: women , current number of sexual partners: 4, do you and |