# Exhibit

# B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT
BURLINGTON DIVISION

BRIAN FOLKS
     Petitioner/Plaintiff

Docket No.23-CV-86
Docket No.16-CR-94

vs.

UNITED STATES OF AMERICA
     Defendant/Respondent

                       /

## AFFIDAVIT OF JENNIFER FRANCIS

I Jennifer Francis, hereby state that I have known Keisha Willard, for many years. I also know that Ms. Willard is a well known durg user in the neighborhood that we both grew up in. I was interviewed by an investigater several years ago about Mr. Brian Folks. I explained then that Mr. Folks was innocent.

2) The only reason that Mr. Brian Folks, was prosecuted is because he is a black man who has relationships with a lot of different white females. As I explained before I was willing to testify because I know all of the people involved. I know personally Ms. Hannah Ackley and Ms. Victoria Luke who was my room mate for a very long time.

3) I also know very well Ms. Shelby Simpson and Ms. Krissa Barber we all are close friends. I was willing to testify at Mr. Brian Folks trial. I'm still willing to testify on Mr. Brian Folks behalf. I'm making this statement of my own free will and I have not been offered any thing of monetary value.

4) I must also mention herein that I knew Keisha Willard from July of 2013. And from June of 2015. Through to February of 2016. Ms. Willard, was not a minor, she was above the age of 14-years old. At no time, did Mr. Brian Folks recruit, entice, harbor, nor transport, patronize or solicit Ms. Willard to do any sexual acts.

I Declare (or certify, verify or state) under the penalty of perjury. That the foregoing is true and correct. <u>See</u>, 28 U.S.C.§1746.

           *Jennifer Francis*                  *11/03/24*
Jennifer Francis                                  Date

RE: BRIAN FOLKS

TO:                          Mark Kaplan, Esq.
                             Natasha Sen, Esq.

FROM:                        Jennifer Martin

DATE OF INTERVIEW:           October 9, 2018

DATE OF REPORT:              October 15, 2018

WITNESS:                     Krissa Barber
                             address: ███████████████████
                             phone: ████████████
                             https://www.facebook.com/profile.php?███████████

LOCATION OF INTERVIEW:       Krissa's kitchen



*Image source: Krissa's Facebook page*

Jennifer Martin, hereafter referred to as the investigator, met with Krissa Barber. Investigator Rhonda Prensky was also present. Krissa's 3 children and sister were home. Krissa Barber has the investigator's phone number and will contact the defense team if she learns anything new. Krissa has not heard from Brian since before his arrest.

The notes from this conversation are arranged thematically for ease of use. Quotation marks indicate the interviewee speaking, but are not necessarily direct quotes. Krissa Barber said the following:

### How Krissa met Folks:
"Someone had given the US marshal a tip that someone that was wanted was at my house on

Willard Street. It was related to ~~████~~ *Frank Jos...*. I was very pregnant. The Marshalls and DEA kicked in my door. As a result, I lost my Section 8 housing and all my benefits. A couple months after that I needed an apartment and Moe was the only person that helped me move out of the old apartment. I posted a status on Facebook asking if anyone had a truck and could help me move. He hit me up and said, 'Sure, you don't need to give me any money or anything. I'll help you move.'

Moe was my friend on Facebook before. My daughter's name is ~~████~~. Moe would like my pictures and posts to irritate ~~████~~ dad, because ~~████~~ dad used to be with ~~████~~. So Moe and ~~████~~ dad would try to irritate each other by doing stuff like that." *Marie*

## My friendship with Moe:
*Cassandra*

"After helping me move, Moe and I would hang out. We tried the dating thing when ~~████~~ and him were broken up. Moe would come to Willard Street and hang out with me while I babysat. I watched my old neighbors' kids back at Willard Street. I'd babysit 5 days per week and Moe would hang out about 3 days per week and give me a ride home.

I have 3 kids; my youngest, ~~████~~, was a baby when Moe started coming around. She's 3 now. My middle boy is ~~████~~ and the oldest is ~~████~~. Moe was really generous to my kids, they loved him. He'd give the bigger kids dollars, and bring pizza. We hadn't seen each other for a few months and then he just showed up with a big bag of really nice Christmas presents."

## ~~████~~s house on Willard Street raided in unrelated case:
"Frank's brother in law ~~████~~, ~~████~~ (my cousin), and I were in the Willard Street house when they knocked down the door. They searched my house and didn't find any drugs in my house, except what was on ~~████~~ They found nothing on me. I don't do drugs. They found the wanted guy's friend, ~~████~~, in my house with 200 grams of crack on his body.

Then ~~████~~ kept doing what she was doing. She got busted for sales and having drugs on the highway and now she's in Federal prison. She didn't learn her lesson. Luckily my kids were not in the house the night of the raid. They were sleeping at my grandma's house. ~~████~~ looked out for me and did not contact DCF. But I lost my apartment and lost section 8. There's a 3 year waiting period to even re-apply, then you have to wait again until you get to the top of the list."

## Federal agents interviewed Krissa:
"I was interviewed at the prosecutor's office in downtown Burlington. There was a picture of my face and pictures of a bunch of black guys up on the wall. They asked me a whole bunch of questions after the raid. For the first interviews, they did not ask me about Moe, just about ~~████~~ ~~████~~ and his friends. I hate to say it, but in this state, if you are a white girl hanging out with black guys they question you.

They wanted to know: What is your connection to these black guys? Did you send Western Unions for them? Did you rent cars or hotels for them? did you provide a credit card to help post girls to Backpage? They thought that a few of the other guys were also posting girls to Backpage, and maybe they were, but I told them that I stayed out of the guys' business. They didn't have any

proof because I wasn't helping them. There would have been ways to track my involvement if I was actually involved.

I told them, no. I didn't do any of that for anybody. They didn't have any sales at my house, so they couldn't charge me with anything. They tried to get me for the crack house law, but there wasn't any evidence to that so they had to leave me alone.

About a month before Moe's arrest, they asked me in for another interview. They said Moe was under Federal investigation. Now his picture was up on the wall with mine and all the other black guys. They didn't seem to think that Moe and the other guys were connected to each other. At this interview, they warned me to keep my mouth shut, and if Moe got tipped off they would know it was me. At that point, ▉▉▉▉▉ and Moe had gotten back together, and I hadn't talked to him in so long that I figured they would know if I reached out to him. So I never told Moe that the Feds were watching him, and I feel bad about that. The Feds asked me whether I had ever posted anyone to Backpage for Moe, rented hotel rooms for him, rented cars, or sent Western Unions for him. I told them that I didn't. I didn't know anybody that Moe hung out with besides me, ▉▉▉▉▉ ▉▉▉▉. It was always just us. No, they didn't ask me about any of the girls or any victims.

One month later, ▉▉▉▉▉ told me that Moe got arrested. She lived by ▉▉▉▉▉▉▉, in the white building in front of ▉▉▉▉ apartment building. She said, 'Moe was here, and he was walking to the Rite Aid, and the Feds rained down on him and they busted everybody.' She didn't know what for. A few days later she told me that it was for pimping girls. Then I seen on the news that he was pimping underage girls. I thought that was crazy because I never saw Moe with girls like that. I knew him to deal with ▉▉▉▉ and she's a little wild. She would yell and chase away girls.
The Feds didn't say who the victims were. They did not ask if I was getting posted to Backpage.

I did testify for the grand jury for one guy, ▉▉▉▉▉▉, and he's about to get out. He didn't have anything to do with Moe; he was with ▉▉▉▉▉. "

### Brian Folks character:
"Moe was a really good guy. He had a bad back and he'd still carry the baby downstairs in her carrier and say, 'I'm going to feel this later.' He did it so I didn't have to carry all the kids myself. Then he would drive me home to my mom's house at 11 pm. Sometimes he might leave to give ▉▉▉▉a ride somewhere. If Junior called he'd always go.

To me, he wasn't a bad guy. I was cute and skinny and I was broke. I was the perfect candidate for him to try to get into prostitution or selling drugs. But he never did. He never asked me to connect him with girls for prostitution or to run drugs. He knew that I probably knew girls that needed money.

Moe drove 2 Jeeps, older models. He had nice clothes, but I don't remember if he had big diamond earrings. Maybe he wore a little chain. He wasn't like the other guys who come up here to sell drugs and feel like they have to put up a front and wear big jewelry, even though half the shit is fake. They get fancy rentals and change them every couple of days.

## RE: BRIAN FOLKS

TO:                          Mark Kaplan, Esq.
                             Natasha Sen, Esq.

FROM:                        Jennifer Martin

DATE OF INTERVIEW:           October 5, 2018

DATE OF REPORT:              October 15, 2018

WITNESS:                     Shelby Simpson
                             address: ███████████████████
                             phone ██████████

LOCATION OF INTERVIEW:       Doorway of Shelby's apartment



Image source: https://www.facebook.com/Shelb.james143

---

Jennifer Martin, hereafter referred to as the investigator, located Shelby Simpson at the above address. Investigator Rhonda Prensky was also present for this interview.

The notes from this conversation are arranged thematically for ease of use. Quotation marks indicate the interviewee speaking, but are not necessarily direct quotes. Shelby Simpson said the following:

### Relationship with Brian Folks:
"He was friends with ██████, that's how I met him. Moe ██████ and I all lived in New York together. I got a really bad kidney infection in 2012, my sister pretty much left me there to go back to Vermont.  Moe took care of me.  He wheelchaired me to the hospital, took me in and out of the tub, and talked to my parents. I stayed at Moe's mom's house.  We were kind of seeing each other. We went out a few times.

I've been clean for  long time. Was already clean in 2012 when I was hanging out with Moe. He's a really good guy and I wouldn't doubt that he would help someone get clean if they wanted to."

### Feds:
"Nobody from the police or government has tried to talk to me. You are the first. I haven't talked to Moe since he got shipped out. It seemed like he was doing okay. I don't even know what his charges are. I remember when he got in trouble.

*Q: His charges are related to drugs and prostitution.*

Ok, that's what I thought. He never asked me to do any of that kind of work, and he wasn't doing that kind of thing when he was hanging out with me. So is he getting out anytime?"

### Shelby doesn't remember Brian meeting with undercover cop:
"I don't remember parking at Hannaford's while Brian talked to a lady. I don't go to Hannaford's. I do drive a white SUV. I've never gotten pulled over with Moe in the car. I know that every time he gets pulled over he records it on live feed on Facebook. They make him get out of the car every time.

### Brian's character:
"He's a good father. He's had Junior for a long time. Even when I was in New York, Junior was with him. He always had his kid with him. Moe took him to the park, took him shopping and he'd buy him whatever he wanted. Junior is ████████ kid." *marie's*

### Other witnesses:
*¡rïc/* ████████ "She was really good friends with him around the same time that I was friends with him. We all hung out together. I didn't hang out with anyone else that he hung out with."

████████ - "Don't know ████."

████████ - "She's all over the place. I don't know where she is."

████████ "She lives somewhere in Burlington."

*MANdy* ████ "I never hung out with that *MANdy* ████ girl. I don't like her. She would call Moe's phone every now and then. She got convicted of making a porno of her 13 year old daughter and also tried to prostitute her daughter. I used to work at IHOP with ████ baby's father, ████████ *MANdys* he's a good guy." *TïoNTe*

G - "I don't recall who that is. Is that the guy that got in trouble with Moe?"

*Ayla* ████████ "I know her. I think she moved to New York. We went to school together in Milton. I never really hung out with her, but I know her ex-boyfriend ████, because he also went to school with us in Milton." *Brad*

*Bradley* ████████ *Ayla* "He's not with ████ anymore. We went to school together in Milton. He's in Milton now with his girlfriend, ████████ "

███████was another girl that was in the house. I did hear from either ████ or ████ that the guys were in charge at that point in time at that house. I did not know ████

████████

"Nobody from the government has tried to contact me about Moe. I could give you a call if they try to contact me. I was living at my grandparent's house in Colchester. I just recently moved in with my boyfriend in Milton."

**\*\*\*END OF MEMO\*\*\***

QUEEN CITY P.I., LLC

3