## DECLARATION IN COMPLIANCE WITH 28 U.S.C. §1746
## CERTIFICATE OF SERVICE

I Declare (or certify, verify or state), under the penalty of perjury that the foregoing "Objection" was disposited to the institutional Mail Room For Legal Mail. @ Butner-Medium II/P.O. Box 1500 Butner, NC 27509-1500. And First-Class Postage has been prepain. See, Rules Governing §2255-Proceedings For The United States District Court's Rule 3(d). I HEREBY CERTIFY, that a true and correct copy of the foregoing has been furnished by U.S. Mail TO: United States Attorney's Office @ 11 Elmwood Avenue, P.O. Box 570, Burlington, Vermont 05402-0570. On this 20th. , day of October 2025. I on this same date did place this documentation into the hands of prison officials for legal mailing. See, Houston v Lack, 487 U.S. 266, 275 (1988).

Respectfully Submitted

Brian Folks
#11701-082/LA-43L
Federal Correctional Inst.
Butner-Medium II
Post Office Box 1500
Butner, NC 27509-1500.