UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA,    )

    Government,    )

                          )    Circuit No.  26-1746

        vs.    )    District No. 2:16-cr-94-1

                           )

BRIAN FOLKS,    )

    Defendant.    )

INDEX

  A.  Docket Sheet

  B.  Clerk's Certification.