UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.                                          Circuit Case No.  26-1746

                                            District Case No. 2:16-cr-94-1

BRIAN FOLKS


 I, Jeffrey S. Eaton, Clerk of Court in the United States District Court for the District of Vermont, hereby certify that the foregoing docket entries (Documents 1 - 650), with the exception of the documents without a hyperlink or filed under seal, are maintained electronically on the court's CM/ECF system, constitutes the Record on Appeal in the action listed above.

 In testimony whereof, I have hereunto subscribed my name and affix the seal of the aforesaid court at Burlington, Vermont this 16th day of July 2026.


                              JEFFREY S. EATON
                              Clerk of Court

                              By:

